■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL MORENO, Appellant.—Judgment, Supreme Court, New York County, rendered on January 4, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sandler, Sullivan, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL IRA FERBER, Appellant.—Judgment, Supreme Court, New York County, rendered on January 31, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Ross, Markewich, Lupiano and Silverman, JJ. [96 Misc 2d 669.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN TEICHER, Appellant.—Upon the court's own motion, the words "second count" appearing on the sixth line of the decretal paragraph of this court's order entered February 21, 1980 (73 AD2d 136), and on the fifth line of the summary of this court's dispositions appearing at the bottom of the fourth page of the majority opinion of this court, filed with the aforesaid order, are amended to read "third count". Concur—Murphy, P. J., Kupferman, Birns, Fein and Markewich, JJ.